No. 1281. GRAY ET AL. *v.* COMMODITY CREDIT CORPORATION. June 9, 1947. Petition for writ of certiorari to

the Circuit Court of Appeals for the Ninth Circuit denied. *Denver S. Church* for petitioners. *Acting Solicitor General Washington, Peyton Ford, Paul A. Sweeney* and *Harry I. Rand* for respondent.